NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINE K. BRYANT,                        )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D16-4159
                                            )                    2D17-328
S&J SPORTS, INC. d/b/a PLAY IT AGAIN        )
SPORTS, a Florida Corporation, FORTIN       )          <u>CONSOLIDATED</u>
HOLDINGS, INC., a Florida Corporation,      )
and STAMINA PRODUCTS, INC., a               )
Foreign Corporation,                        )
                                            )
          Appellees.                        )
_____)

Opinion filed July 25, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Christine K. Bryant, pro se.

Robert Aranda of Valenti, Campbell, Trohn,
Tamayo & Aranda, P.A., Lakeland, for
Appellees S&J Sports, Inc. d/b/a Play It
Again Sports and Fortin Holdings, Inc.

No appearance for remaining Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.